Irwin Isaacs, Respondent, v. Brooklyn Daily Eagle Corporation, Appellant, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to defendant, appellant, to serve an amended answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Irwin Isaacs, Appellant, v. Brooklyn Daily Eagle Corporation, Respondent, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Murray B. Machlin, Suing for Himself as Stockholder and All Other Stockholders of the International Germanic Company, Ltd., a New York Corporation, Respondent, v. Arthur Galston and Others, Defendants, Impleaded with C. Sedgwick Levy, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to defendant C. Sedgwick Levy to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Shubert Theatre Corporation, Appellant, v. Life Publishing Company, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Samuel Danzig, Individually and on Behalf of All Other Stockholders of the Amasia Importing Corporation, Respondent, v. Amasia Importing Corporation and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

John P. McDonough, Respondent, v. Elnor Realty Co., Inc., Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

George Andrews, Respondent, v. Foltis-Fischer, Inc., Appellant, Impleaded with Others.— Order so far as appealed from affirmed, with ten dollars costs and disbursements, with leave to defendant, appellant, to serve an amended answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Thomas Woods Walker, an Infant, by Margaret B. Walker, His Guardian ad Litem, Appellant, v. Lisette A. Schworm, as Administratrix, etc., of Robert V. Schworm, Deceased, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

Prudence Bonds Corporation, Plaintiff, v. Mado Holding Corporation and Others, Defendants. Philip J. Dunn, Receiver, Appellant; Lidz Bros., Inc., Tenant, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of Eve P. Radtke, an Attorney.—Motion denied. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

The People of the State of New York ex rel. Samuel Falk, Respondent, v. The Sheriff of New York County, or Any Other Person Having the Custody of William F. Doyle, Defendant. (Joint Legislative Committee, etc., Appellant.) *— Order affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ. [141 Misc. 141.]

120 Fifth Avenue Corporation v. The J. L. Mott Iron Works.— Motion

* Affd., 258 N. Y. 437.